

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00336-CR

**MICHAEL RAY FERGUSON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law
### Navarro County, Texas
### Trial Court No. C37620-CR

## REINSTATEMENT ORDER

This appeal was abated to the trial court to determine whether the appointment of new counsel was necessary for appellant. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051, 26.04 (West 2005 & 2009). New counsel has been appointed.

Accordingly, this appeal is reinstated.

Appellant's docketing statement is past due. The docketing statement must be filed within 21 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray, and
        Justice Davis
Reinstated
Order issued and filed January 16, 2019

